UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:09 CR 145 ERW |
| | ) | |
| MATTHEW MEES, | ) | |
| | ) | |
| Defendant. | ) | |

# STATEMENT OF THE GOVERNMENT
# REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and pursuant to Paragraph 10 of the Administrative Order of this Court (July 19, 2006), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

  s/ Robert F. Livergood
ROBERT F. LIVERGOOD, 22937
Assistant United States Attorney
111 S. 10th  Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200
Rob.Livergood@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2009 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Felicia Jones
Assistant Federal Public Defender
Office of the Federal Public Defender
1010 Market Street, Suite 200
St. Louis, MO 63101

Allison K. Redfern
Senior United States Probation Officer
111 S. 10th Street, Suite 2.325
St. Louis, MO 63102

                                                s/*Robert F. Livergood*
                                                ROBERT F. LIVERGOOD, 22937
                                                Assistant United States Attorney